# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| **MOTORS INSURANCE CORPORATION** a/s/o **SID DILLON, INC.**, et al.,<br><br>   **Plaintiffs**<br><br>   v.<br><br>**WINDSTREAM COMMUNICATIONS, INC.**, et al.,<br><br>   **Defendants.** | CASE NO.: 8:15-cv-00364 |

## **ORDER**

It having been agreed upon by all parties to the above-captioned matter,

**IT IS** on this 1st day of September, 2016,

**ORDERED** that this matter be and hereby is voluntarily dismissed without prejudice due to the loss of diversity jurisdiction in this Court.

 s/ Joseph F. Bataillon
Senior United States District Judge